ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Johnson Controls Government Systems, LLC | ) ASBCA No. 63910 |
| | ) |
| Under Contract No. W912DY-09-D-0017 | ) |

APPEARANCE FOR THE APPELLANT:     Ron R. Hutchinson, Esq.
                                   Doyle & Bachman LLP
                                   McLean, VA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                   Engineer Chief Trial Attorney
                                  Edward J. McNaughton, Esq.
                                  Margaret P. Simmons, Esq.
                                   Engineer Trial Attorneys
                                   U.S. Army Engineering & Support Center
                                   Huntsville, AL

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: June 27, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63910, Appeal of Johnson Controls Government Systems, LLC, rendered in conformance with the Board's Charter.

Dated: June 27, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals